IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2012 JUN 14 PM 12: 35
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Debra J. Smith
_____

**Name of Plaintiff**

v.

Tennessee Department of Health
Melissa Blair
_____

**Name of Defendant(s)**

Case No. __3-12    0611__
(To be assigned by Clerk)

Jury Demand  ☒ Yes  ☐ No

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, __Debra J. Smith__, is a citizen of the United States and resides at

   __433 Star Boulevard__, __Madison__,
   Street address                                         City

   __Davidson__, __Tennessee__, __37115__, __615-305-9093__.
   County            State             Zip Code      Telephone Number

3. Defendant, __Tennessee Dept. of Health__, resides at, or its business is located at

   __425 5th Avenue North, Cordell Hull Bldg.__, __Nashville__,
   Street address                                         City

   __Davidson__, __Tennessee__, __37243__.
   County            State             Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

Melissa Blair
425 5th Avenue North, Cordell Hull Bldg. 5th Flr
Nashville, TN 37243

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

425 5th Avenue North, Nashville,
Street address / City

Davidson, Tennessee, 37243.
County / State / Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about May 2 2011.
Month / Day / Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about May 5 2011.
Month / Day / Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on May 1 2012, a copy of which Notice is attached.
Month / Day / Year

8. Because of Plaintiff's (1) __X__ race, (2) _____ color, (3) _____ sex,

(4) _____ religion, (5) _____ national origin, the Defendant:

a. _____ failed to employ Plaintiff.

b. _____ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. __X__ retaliated against Plaintiff for having filed a charge of discrimination.

e. _____ other. Explain: _____

_____

_____

_____

_____

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

Please see attached document titled: "The Circumstances Under Which Defendants Discriminated Against Plaintiff."

_____

_____

_____

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. _____ are still being committed by Defendant.

b. _____ are no longer being committed by Defendant.

c. __X__ may still be being committed by Defendant.

4

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. __X__ order other equitable or injunctive relief: _Please see document titled, "Injunctive Relief"._

e. _____ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

f. __X__ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _$122,000 for injury to professional standing and emotional harm._

g. __X__ direct that Defendant pay Plaintiff punitive damages in the amount of _$178,000_ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_Debra J. Smith_
(Signature of Plaintiff)