IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA J. SMITH | ) |
| | ) |
| v. | ) NO. 3-12-0611 |
| | ) JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF | ) |
| HEALTH and MELISSA BLAIR | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No.10) and Objections filed by the Plaintiff (Docket No. 14).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Partial Dismissal (Docket No. 7) is GRANTED. Plaintiff's claims against the individual Defendant, Melissa Blair, are DISMISSED. Plaintiff's claim for punitive damages against Defendant Tennessee Department of Health is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE